# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# PIKEVILLE DIVISION

IN RE:  Rita Gail Tracy                                         Case Number:   17-70122

   Debtor

## PLAN COMPLETION REPORT

The Chapter 13 Trustee reports to the Court that the Debtor has completed all payments required by the confirmed plan and other orders of the Court.  The Trustee has notified the Debtor that no further payments to the Trustee are to be made.

**Notice is now given to the Debtor and Counsel for the Debtor that in order to receive a Discharge, the Debtor must complete and file with the Court a *Certification of Plan Completion and Request for Discharge*, Local Form 4004-5(b), within 30 days from the date of this Report.**

The Trustee mailed a copy of Local Form 4004-5b to the Debtor along with a letter informing the Debtor of the completion of plan payments and providing other pertinent information.

Dated:  1/26/2022

/s/   Beverly M. Burden
Beverly M. Burden, Chapter 13 Trustee
Ky Bar ID: 09330
P O Box 2204
Lexington, KY  40588-2204
notices@ch13edky.com
859-233-1527

Copies to:

Rita Gail Tracy                                         RONNING, DARYLE M
2190 Runyon Branch Road                     Served Electronically Via ECF
Pinsonfork, KY  41555