**Fill in this information to identify the case:**

Debtor 1  Rita Tracy

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Kentucky

Case number  17-70122

---

Official Form 410S1

# Notice of Mortgage Payment Change                               12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Branch Banking and Trust Company        **Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account:   9  8  3  5

**Date of payment change:**
Must be at least 21 days after date of this notice    05/21/2019

**New total payment:**   $  522.18
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   Current escrow payment:  $  47.01       New escrow payment:  $  47.34

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   Current interest rate: _____%         New interest rate: _____%

   Current principal and interest payment: $ _____   New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Debtor 1 **Rita Tracy**
    First Name    Middle Name    Last Name

Case number (*if known*) **17-70122**

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Jo Ann Farmer
Signature

Date 03/27/2019

Print: **Jo Ann Farmer**
    First Name    Middle Name    Last Name

Title **Assistant Vice President**

Company **Branch Banking and Trust Company**

Address **PO Box 1847**
    Number    Street

**Wilson**    **NC**    **27894**
City    State    ZIP Code

Contact phone **866-813-1624**

Email **bankruptcy@bbandt.com**

**BB&T Mortgage**
PO Box 2167
Greenville, SC 29602-2167

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT AND NEW MORTGAGE PAYMENT NOTIFICATION**

RANDALL TRACY
2190 RUNYON BRANCH RD
PINSONFORK KY 41555-7421

Disclosure Statement Date: 03/21/2019

New Payment Effective Date: 05/21/2019



### Payment Information

| | Current Monthly Payment | New Monthly Payment |
|---|---|---|
| Principal & Int | 474.29 | 474.29 |
| Escrow Payment | 47.01 * | 47.34 |
| Over/Short Amt | 0.00 | 0.55 |
| **Total Payment** | **521.30** | **522.18** |

\* Includes shortage amount, if applicable

If you use our automatic payment option, your monthly deduction will be changed automatically.

### Anticipated Escrow Disbursements

(Items to be paid from your escrow account)

| | |
|---|---|
| County Tax | 568.05 |
| Total Disbursement(s): | 568.05 |
| **Monthly Escrow Deposit:** | **47.34** |

Your Monthly Escrow Deposit was calculated by dividing the Total Disbursement(s) by 12.

### Escrow Balance Comparison

Your Required Low Point (RLP) is a cushion that is no more than the amount allowed by the Real Estate Settlement Procedures Act (RESPA), your mortgage loan documents, or by state law, if applicable. If an escrow surplus is indicated, a check may be attached or sent under separate cover.

| | | |
|---|---|---|
| Projected Low Point | | 88.09 |
| Required Low Point | (-) | 94.68 |
| **Escrow Shortage** | | **6.59** |

Please mail all notices of error and requests for information to:
BB&T MSCR Department
PO Box 3307
Greenville, SC 29602

BB&T Mortgage reviews your escrow account annually to determine if the current monthly payment amounts are sufficient to cover your projected property taxes and/or insurance premiums. Increases or decreases in these annual amounts may cause your monthly mortgage payment to change. Your monthly mortgage payment may also change if your loan includes an adjustable rate feature or buydown assistance.

The following section reflects the anticipated escrow activity for the next 12 months. See the reverse side for actual escrow history. Projected figures are based on the last tax or insurance payments or figures provided to BB&T by your closing agent.

### Escrow Account Projections

| | Anticipated Activity | | | Escrow Balance Comparison | |
|---|---|---|---|---|---|
| Month | Payments To Escrow | Payments From Escrow | Description | Projected Balance | Required Balance |
| | | | **Beginning Balance** | 372.10 | 378.69 |
| MAY | 47.34 | 0.00 | | 419.44 | 426.03 |
| JUN | 47.34 | 0.00 | | 466.78 | 473.37 |
| JUL | 47.34 | 0.00 | | 514.12 | 520.71 |
| AUG | 47.34 | 0.00 | | 561.46 | 568.05 |
| SEP | 47.34 | 0.00 | | 608.80 | 615.39 |
| OCT | 47.34 | 568.05 | County Tax | 88.09 PLP | 94.68 RLP |
| NOV | 47.34 | 0.00 | | 135.43 | 142.02 |
| DEC | 47.34 | 0.00 | | 182.77 | 189.36 |
| JAN | 47.34 | 0.00 | | 230.11 | 236.70 |
| FEB | 47.34 | 0.00 | | 277.45 | 284.04 |
| MAR | 47.34 | 0.00 | | 324.79 | 331.38 |
| APR | 47.34 | 0.00 | | 372.13 | 378.72 |
| TOTALS | 568.08 | 568.05 | | | |

These calculations indicate the Projected Low Point (PLP) will be less than the Required Low Point (RLP). The resulting shortage is $6.59. If you choose to pay your shortage in full, your new monthly payment will be $521.63.



(Continued on Back of Page)

SX0506-00A

**BB&T Mortgage**
PO Box 2167
Greenville, SC 29602-2167

BB&T VALUES THE OPPORTUNITY TO PROVIDE
YOUR MORTGAGE LOAN SERVICING

BB&T Confidential

Randall Tracy    ESCROW ACCOUNT DISCLOSURE STATEMENT

## Escrow Account History

The following is a review of your escrow account activity. It also compares the projections from your last review with the actual payments made from your escrow account.
(*) An asterisk indicates a difference between your projected and actual account activity.
(E) The payment or disbursement has not yet occurred, but is estimated to occur as shown.

| Month | Payments to Escrow | | Payments from Escrow | | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|---|
| | Projected | Actual | Projected | Description | Actual | Description | Projected | Actual |
| | | | | | | **Beginning Balance** | 376.03 | -8,641.90 |
| MAY | 47.01 | 244.19 * | | | | | 423.04 | -8,397.71 |
| JUN | 47.01 | 0.00 * | | | | | 470.05 | |
| JUL | 47.01 | 8,914.77 * | | | | | 517.06 | 517.06 |
| AUG | 47.01 | 47.01 | | | | | 564.07 | 564.07 |
| SEP | 47.01 | 0.00 * | | | | | 611.08 | |
| OCT | 47.01 | 94.02 * | 564.07 | County Tax | 568.05 | *County Tax | 94.02 | 658.09 |
| NOV | 47.01 | 47.01 | | | | | 141.03 | 137.05 |
| DEC | 47.01 | 0.00 * | | | | | 188.04 | |
| JAN | 47.01 | 0.00 * | | | | | 235.05 | |
| FEB | 47.01 | 47.01 | | | | | 282.06 | 184.06 |
| MAR | 47.01 | 141.03 E | | | | | 329.07 | 325.09 |
| APR | 47.01 | 47.01 E | | | | | 376.08 | 372.10 |
| TOTALS | | 9,582.05 | | | 568.05 | | | |

CERTIFICATE OF SERVICE

Eastern District of Kentucky

I, Jo Ann Farmer, of Branch Banking & Trust Company, PO Box 1847, Wilson, NC 27894, do hereby certify:

That I am more than eighteen (18) years of age and:

That on the __27th__ day of _____March_____, 2019, I served a copy of the within "NOTICE OF MORTGAGE PAYMENT CHANGE" filed in this bankruptcy matter on the respondent(s) in this bankruptcy matter by depositing a copy thereof in the United States Mail with adequate postage affixed thereon addressed to the said respondent(s) at:

US Bankruptcy Court
100 E Vine Street
Lexington, KY  40507


Beverly Burden, Chapter 13 Trustee
PO Box 2204
Lexington, KY  40588


Daryle Ronning, Attorney at Law
PO Box 1455
Pikeville, KY  41502


Rita Tracy
2190 Runyon Branch Road
Pinsonfork, KY  41555


I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on  03/27/2019            By: /s/ Jo Ann Farmer
         (date)                         (signature)